U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Jefferson at Young Circle, L.P.
v.

MCZ/Centrum Florida IV Owner, L.L.C., MCZ Development Corp., and Centrum Properties, Inc.

07CV 6161
JUDGE HART
MAGISTRATE JUDGE SCHENKIER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: JH

Jefferson at Young Circle, L.P.

FILED
OCT. 31, 2007 NF
OCT 3 1 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) | |
|---|---|
| Martin J. Bishop | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ [signature] | |
| FIRM | |
| Foley & Lardner LLP | |
| STREET ADDRESS | |
| 321 N. Clark St., Suite 2800 | |
| CITY/STATE/ZIP | |
| Chicago, IL 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6269425 | (312) 832-4500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ✓ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ✓   APPOINTED COUNSEL ☐ | |