FILED
OCT 3 1 2007 NF
OCT. 31, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFERSON AT YOUNG CIRCLE, L.P., <br><br> Plaintiff, <br><br> v. <br><br> MCZ/CENTRUM FLORIDA IV OWNER, L.L.C., MCZ DEVELOPMENT CORP., AND CENTRUM PROPERTIES, INC., <br><br> Defendants. | 07CV 6161 <br> JUDGE HART <br> MAGISTRATE JUDGE SCHENKIER |

## PLAINTIFF JEFFERSON AT YOUNG CIRCLE, L.P.'S FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Plaintiff Jefferson at Young Circle, L.P., discloses the following affiliates and states:

1. Plaintiff, Jefferson at Young Circle, L.P. is a Delaware limited partnership whose general partner is Apartment Community Realty LLC and whose limited partner is JPI Lifestyle Apartment Communities, L.P.;

2. Plaintiff's general partner, Apartment Community Realty LLC is a Delaware limited liability company whose general partner is JPI Lifestyle Management, Inc., a Delaware corporation, and whose limited partner is JPI Lifestyle Apartment Communities, L.P., a Delaware limited partnership;

3. Plaintiff's limited partner, JPI Lifestyle Apartment Communities, L.P. is a Delaware limited partnership whose general partner is JPI Lifestyle GP LLC, a Delaware limited liability company, and whose limited partners are JPI Lifestyle Interests, L.P., a Delaware limited partnership, and Residential Ventures, L.P., a Delaware limited partnership.

4.  Residential Ventures, L.P., is a Delaware limited partnership wholly owned by the General Electric Company.

Dated: October 31, 2007.

Respectfully submitted,

Martin J. Bishop, IL Bar No. 6269425
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764
Telephone: 312.832.4500
Facsimile: 312.832.4700

Craig A. Albert, TX Bar No. 00790076
Sarah J. Shadonix, TX Bar No. 24056392
McElree|Savage|Smith
600 N. Pearl Street, Suite 1600
Plaza of the Americas
Dallas, Texas 75201
Telephone: 214.953.1321
Facsimile: 214.953.0695
(*pending approval of Pro Hac Vice application*)

**ATTORNEYS FOR PLAINTIFF,
JEFFERSON AT YOUNG CIRCLE, L.P.**