FILED
OCT 3 1 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFERSON AT YOUNG CIRCLE, L.P., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CIVIL ACTION NO. 07 C 6161 ) |
| MCZ/CENTRUM FLORIDA IV OWNER, L.L.C., MCZ DEVELOPMENT CORP., AND CENTRUM PROPERTIES, INC., | ) Judge William T. Hart ) ) ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION

TO:  MCZ/Centrum Florida IV Owner, L.L.C., and     MCZ Development Corp.
     Centrum Properties, Inc.                      c/o Susan Ghelerter, as R.A.
     c/o Mary B. Koberstein, as R.A.               1555 N. Sheffield Ave.
     225 W. Hubbard St., 4th Floor                 Chicago, IL 60622
     Chicago, IL 60610

PLEASE TAKE NOTICE THAT ON November 7, 2007 at 11:00 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiff Jefferson at Young Circle, L.P., shall appear before the Honorable William Hart in Room 2243 of the United States District Courthouse for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present Jefferson at Young Circle, L.P.'s Motion for Preliminary Injunction, a copy of which is attached and hereby served on you.

Dated: October 31, 2007.

Respectfully submitted,

*[signature]*

Martin J. Bishop, IL Bar No. 6269425
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764
Telephone: 312.832.4500
Facsimile: 312.832.4700

Craig A. Albert, TX Bar No. 00790076
Sarah J. Shadonix, TX Bar No. 24056392
McElree|Savage|Smith
600 N. Pearl Street, Suite 1600
Plaza of the Americas
Dallas, Texas 75201
Telephone: 214.953.1321
Facsimile: 214.953.0695
(*pending approval of Pro Hac Vice application*)

**ATTORNEYS FOR PLAINTIFF,
JEFFERSON AT YOUNG CIRCLE, L.P.**

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of the Plaintiff's **Motion for Preliminary Injunction** to be served on the following parties via U.S. Mail on October 31, 2007 and via hand delivery on November 1, 2007:

MCZ/Centrum Florida IV Owner, L.L.C., and
Centrum Properties, Inc.
c/o Mary B. Koberstein, as R.A.
225 W. Hubbard St., 4th Floor
Chicago, IL 60610

MCZ Development Corp.
c/o Susan Ghelerter, as R.A.
1555 N. Sheffield Ave.
Chicago, IL 60622

Martin J. Bishop, IL Bar No. 6269425
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764
Telephone: 312.832.4500
Facsimile: 312.832.4700