IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Jefferson at Young Circle, L.P.<br><br>vs.<br><br>MCZ/Centrum Florida IV Owner, L.L.C., MCZ Development Corp., and Centrum Properties, Inc. | Case Number   07 CV 6161 |

## AFFIDAVIT OF SERVICE

I, Kevin Del Re, being first duly sworn on oath deposes and states that I am over the age of 18 years and not a party to this action, and on the 01 day of November, 2007, at 02:00 PM at 225 West Hubbard, 4th Floor, Chicago, IL 60610, did serve the following document(s):

**Summons and Complaint**

Upon:   **Centrum Properties, Inc. c/o Mary B. Koberstein, as registered agent**

By:   ☑ Personally serving to:   Stephanie Bengtsson-Paralegal Authorized To Accept

☐ leaving copies at the usual place of abode with:

a member of the household 13 years or upwards and informed that person of the contents thereof

☐ by mailing copies of said document(s) in a sealed envelope with postage fully prepaid to the defendant:

at 225 West Hubbard, 4th Floor, Chicago, IL 60610 on

| Description: | Sex | **Female** | Race | **White** | Approximate Age | **47** |
|---|---|---|---|---|---|---|
| | Height | **5'6** | Weight | **145** | Hair Color | **Blonde** |

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this affidavit of service are true and correct.

Further the Affiant Sayeth Naught:

Kevin Del Re
United Processing, Inc.
55 West Wacker Drive, 9th Floor
Chicago, IL  60601
IL License #117-001101