## **CERTIFICATE OF SERVICE**

Michael R. Turoff, an attorney, certifies that on November 7, 2007, he electronically filed the foregoing Appearance with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Martin J. Bishop
Foley & Lardner
321 North Clark Street
Suite 2800
Chicago, IL 60610
mbishop@foley.com


                                                s/Michael R. Turoff


Michael R. Turoff
Jeffrey D. Pilgrim
Arnstein & Lehr LLP
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606
312-876-7100

1184510_1.DOC