## **CERTIFICATE OF SERVICE**

      Jeffrey D. Pilgrim, an attorney, certifies that on November 7, 2007, he electronically filed the foregoing Appearance with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Martin J. Bishop
Foley & Lardner
321 North Clark Street
Suite 2800
Chicago, IL 60610
mbishop@foley.com

                                      s/Jeffrey D. Pilgrim


Michael R. Turoff
Jeffrey D. Pilgrim
Arnstein & Lehr LLP
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606
312-876-7100

1184504_1.DOC