IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFERSON AT YOUNG CIRCLE, L.P., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| MCZ/CENTRUM FLORIDA IV OWNER, L.L.C., MCZ DEVELOPMENT CORP., and CENTRUM PROPERTIES, INC. | ) ) ) ) |
| Defendants. | ) ) |

Case No. 07 C 6161

Judge Hart

Magistrate Judge Schenkier

**DEFENDANT MCZ DEVELOPMENT CORP.'S FED. R. CIV. P. 7.1
AND LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Defendant, MCZ Development Corp., by its attorneys, submits this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, and states as follows:

1. Any parent corporation of MCZ Development Corp.:

   None.

2. Any publicly held company that owns more than 5 percent of MCZ Development Corp.'s stock:

   None.

Respectfully submitted,

MCZ/Centrum Florida IV Owner, L.L.C.

By: s/Jeffrey D. Pilgrim (IL ARDC No. 6270435)
One of its Attorneys

Michael R. Turoff
Jeffrey D. Pilgrim
Arnstein & Lehr LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
312-876-7100

## **CERTIFICATE OF SERVICE**

Jeffrey D. Pilgrim, an attorney, certifies that on November 7, 2007, he electronically filed the foregoing Defendant MCZ Development Corp.'s Fed. R. Civ. P. 7.1 and Local Rule 3.2 Disclosure Statement with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Martin J. Bishop
Foley & Lardner
321 North Clark Street
Suite 2800
Chicago, IL 60610
mbishop@foley.com


                                                  s/Jeffrey D. Pilgrim


Michael R. Turoff
Jeffrey D. Pilgrim
Arnstein & Lehr LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
312-876-7100