IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFERSON AT YOUNG CIRCLE, L.P., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| MCZ/CENTRUM FLORIDA IV OWNER, L.L.C., MCZ DEVELOPMENT CORP., and CENTRUM PROPERTIES, INC. | ) ) ) ) |
| Defendants. | ) ) |

Case No. 07 C 6161

Judge Hart

Magistrate Judge Schenkier

**DEFENDANT MCZ/CENTRUM FLORIDA IV OWNER, L.L.C.'S
FED. R. CIV. P. 7.1 AND LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Defendant, MCZ/Centrum Florida IV Owner, L.L.C., by its attorneys, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2, discloses its "affiliates" as follows:

1. The sole member of Defendant, MCZ/Centrum Florida IV Owner, L.L.C., is MCZ/Centrum Jefferson, L.L.C.

2. The members of MCZ/Centrum Jefferson, L.L.C. are Centrum Florida IV, L.L.C. and MCZ Florida IV, L.L.C.

Respectfully submitted,

MCZ/Centrum Florida IV Owner, L.L.C.

By: s/Jeffrey D. Pilgrim (IL ARDC No. 6270435)
    One of its Attorneys

Michael R. Turoff
Jeffrey D. Pilgrim
Arnstein & Lehr LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
312-876-7100

**CERTIFICATE OF SERVICE**

      Jeffrey D. Pilgrim, an attorney, certifies that on November 7, 2007, he electronically filed the foregoing Defendant MCZ/Centrum Florida IV Owner, L.L.C.'s Fed. R. Civ. P. 7.1 and Local Rule 3.2 Disclosure Statement with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Martin J. Bishop
    Foley & Lardner
    321 North Clark Street
    Suite 2800
    Chicago, IL 60610
    mbishop@foley.com


                                                s/Jeffrey D. Pilgrim


Michael R. Turoff
Jeffrey D. Pilgrim
Arnstein & Lehr LLP
120 South Riverside Plaza, Suite 1200
Chicago, Illinois 60606
312-876-7100