**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Jefferson at Young Circle, L.P.

                                  Plaintiff,

v.                                                    Case No.: 1:07−cv−06161
                                                        Honorable William T. Hart

MCZ/Centrum Florida IV Owner, L.L.C., et al.

                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, November 7, 2007:

      MINUTE entry before Judge William T. Hart :Motion hearing held on 11/7/2007. Plaintiff's motion for expedited discovery[7] and motion for preliminary injunction[9] are continued to 11/14/2007 at 11:00 AM. Statement of citizenship in support of diversity jurisdiction is due by 11/21/2007.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.