## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Jefferson at Young Circle, L.P.

                                              Plaintiff,

v.                                                                  Case No.: 1:07−cv−06161

                                                                    Honorable William T. Hart

MCZ/Centrum Florida IV Owner, L.L.C., et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 14, 2007:

      MINUTE entry before Judge William T. Hart :Motion hearing held. Plaintiff's motion for expedited discovery [7] is granted. Plaintiff's motion for preliminary injunction [9] is entered and continued. Status hearing set for 11/28/2007 at 11:00 AM.Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.