## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William T. Hart | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6161 | **DATE** | 11/14/2007 |
| **CASE TITLE** | Jefferson at Young Circle, L.P. vs. MCZ/Centrum IV Owner, et al. | | |

**DOCKET ENTRY TEXT**

By November 28, 2007, plaintiff shall file a supplemental statement in support of jurisdiction setting forth the partner/member of each partnership/LLC in the partnership/LLC string; the principal place of business and place of incorporation of each corporation that is a partner or member in the partnership/LLC string; and the state of citizenship of each individual or estate that is a partner or member in the partnership/LLC string.

■[ For further details see text below.]

Docketing to mail notices.

## STATEMENT

The statement of jurisdiction in the First Amended Complaint is deficient. Plaintiff uses terms such as "ultimate owner," "ultimate beneficial interest owners," and "intermediary and ultimate owners" which may or may not be synonymous with being partners of a partnership or members of an LLC. Also, plaintiff omits alleging the principal place of business of RREEF Management Company. Additionally, plaintiff alleges General Electric Capital Corporation has a principal place of business in Connecticut, but does not include Connecticut as one of plaintiff's states of citizenship. In light of these discrepancies, plaintiff will be required to file a supplement in support of jurisdiction that lists each entity in the "strings" of partnerships and LLC's. By "strings," the court means each LLC/partnership, each member/partner of those entities, and then the same for each member/partner that is an LLC/partnership and further down the string until the last members/partners that are only corporations or individuals. For each corporation that is a member or partner, the place of incorporation and principal place of business must be alleged. For each individual, the state of citizenship must be alleged. Ownership interests in regular corporations are not relevant and therefore should not be alleged. (The term "regular corporation" is used to distinguish such corporations from limited liability corporations which are essentially treated the same as partnerships for purposes of diversity.) The supplemental statement is to be filed by November 28, 2007.

| | Courtroom Deputy Initials: | cw |
|---|---|---|

Order Form (01/2005) Case 1:07-cv-06161 Document 24 Filed 11/14/2007 Page 1 of 1

07C6161 Jefferson at Young Circle, L.P. vs. MCZ/Centrum IV Owner, et al. Page 1 of 1