UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JEFFERSON AT YOUNG CIRCLE, L.P., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 07 C 6161 |
| MCZ/CENTRUM FLORIDA IV OWNER, L.L.C., MCZ/CENTRUM JEFFERSON, L.L.C., CENTRUM FLORIDA IV, L.L.C., and MCZ FLORIDA IV, L.L.C., | ) ) ) ) ) | Judge William T. Hart |
| Defendants. | ) | |

**RULE 41(a)(1)(i) NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Jefferson at Young Circle, L.P. ("Jefferson"), through its attorneys, Foley & Lardner LLP, hereby moves this Court, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, to voluntarily dismiss this action, the Defendants having not yet served Jefferson with an answer or motion for summary judgment.

Dated: November 27, 2007.	Respectfully submitted,

/s/ Daniel A. Dingerson
Martin J. Bishop, IL Bar No. 6269425
Daniel A. Dingerson, IL Bar No. 6282754
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764
Telephone: 312.832.4500
Facsimile: 312.832.4700

Craig A. Albert, TX Bar No. 00790076
Sarah J. Shadonix, TX Bar No. 24056392
McElree|Savage|Smith
600 N. Pearl Street, Suite 1600
Plaza of the Americas
Dallas, Texas 75201
Telephone: 214.953.1321
Facsimile: 214.953.0695

**ATTORNEYS FOR PLAINTIFF,
JEFFERSON AT YOUNG CIRCLE, L.P.**

**CERTIFICATE OF SERVICE**

       I hereby certify that on November 27, 2007, I electronically filed the foregoing Rule 41(a)(1)(i) Notice of Voluntary Dismissal by using the CM/ECF system, which sent a notice of electronic filing to the following counsel for Defendants:

        Michael Turoff
        Jeffrey D. Pilgrim
        Arnstein & Lehr, L.L.P.
        120 South Riverside Plaza, Suite 1200
        Chicago, Illinois 60606

        /s/ Daniel A. Dingerson
        Daniel A. Dingerson, IL Bar No. 6282754
        Foley & Lardner LLP
        321 North Clark Street, Suite 2800
        Chicago, IL 60610-4764
        Telephone: 312.832.4500
        Facsimile: 312.832.4700