# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | William T. Hart | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6161 | **DATE** | 11/27/2007 |
| **CASE TITLE** | Jefferson at Young Circle, L.P. vs. MCZ Centrum Florida IV Owner, L.L.C., et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for preliminary injunction [9] is moot.  This case is voluntarily dismissed pursuant to FRCP 41(a)(1)(i).

Docketing to mail notices.

| | Courtroom Deputy Initials: | CW |
|---|---|---|